AO 94 (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 2:25-mj-00035-BR |
| ALEJANDRO MUNOZ | ) | |
| *Defendant* | ) | Charging District's Case No. 2:22-CR-00854-1-KG |

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAR - 5 2025
CLERK, U.S. DISTRICT COURT
By_____ Deputy

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the _____ District of __NEW MEXICO__ ,
*(if applicable)* __LAS CRUCES__ division. The defendant may need an interpreter for this language: _____ .

The defendant:  ☐ will retain an attorney.
☒ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date:   03/05/2025                                                          _____/s/ Lee Ann Reno_____
                                                                                            *Judge's signature*

                                                                U.S. MAGISTRATE JUDGE LEE ANN RENO
                                                                                *Printed name and title*